IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MONICA WATTS **PLAINTIFF**

v. CIVIL ACTION NO.: 3:22-cv-57-GHD-JMV

KILOLO KIJAKAZI, ACTING COMMISSIONER
OF THE SOCIAL SECURITY ADMINISTRATION **DEFENDANT**

## ORDER REMANDING CASE FOR FURTHER ACTION

THIS CAUSE having come on for hearing on the Social Security Administration's Motion to Remand [ECF No. 17] and this Court, having considered the same and being fully advised in the premises, and noting that Plaintiff has no objection, is of the opinion that said Motion to Remand is well taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Motion to Remand [17] is GRANTED and the underlying ALJ's unfavorable decision denying Plaintiff's claim for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i) and 423 is REVERSED and REMANDED for further action by the Commissioner of the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED AND ADJUDGED, this the 16 day of September, 2022.

_____
SENIOR U.S. DISTRICT JUDGE