IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MONICA WATTS                                                                                                PLAINTIFF

V.                                                     CIVIL ACTION NO. 3:22-cv-00057-GHD-JMV

COMMISSIONER OF SOCIAL SECURITY                          DEFENDANT

**ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and records in this action, the Court finds that the Report and Recommendation [22] of the United States Magistrate Judge dated December 15, 2022, regarding the Plaintiff's motion for $6,340.00 in attorneys' fees [20], was on that date duly served upon Plaintiff's counsel and counsel of record for Defendant; that more than fourteen days have elapsed since service of said Report and Recommendation; that no objection thereto has been filed or served by any party; and that the Defendant does not oppose the requested award. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

The Court therefore **ORDERS** the following:

1) the Report and Recommendation [22] of the United States Magistrate Judge dated December 15, 2022, is hereby approved and adopted as the opinion of the Court; and

2) The Plaintiff's motion for attorneys' fees [20] is GRANTED.

SO ORDERED, this, the 17th day of January, 2023.

                                                                           SENIOR U.S. DISTRICT JUDGE